Barnett Kadin, Appellant, v. J. Rich Steers, Inc., Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

Filomena A. Markito, Appellant, v. Angelo T. Markito, Respondent.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

Margaret G. McNally, as Administratrix of the Estate of Louis J. McNally, Deceased, et al., Appellants, v. John M. Cragen et al., Respondents, et al., Defendants.—

No opinion. Appeal from order directing a verdict in favor of respondent John M. Cragen dismissed, without costs. There is no such order. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.